IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60181
Summary Calendar
_____


BOBBY EARL KEYS ET AL.,

                                        Plaintiffs,

BOBBY EARL KEYS,

                                        Plaintiff-Appellant,


versus

JEROME LORRAINE, F.B.I. Agent, ET AL.,

                                        Defendants,

JEROME LORRAINE, F.B.I. Agent,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:94-CV-177-BrR
- - - - - - - - - -
September 18, 1996

Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Bobby Earl Keys, federal prisoner #03344-043, appeals the

district court's dismissal of his civil rights suit.  He contends

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

that the district court erred by dismissing his complaint pursuant to Heck v. Humphrey, 114 S. Ct. 2364, 2372-74 (1994). Because Keys has not demonstrated that his conviction has been invalidated, his claims that Lorraine committed perjury and fabricated evidence at his trial are not cognizable at this time. See Heck, 114 S. Ct. at 2372-74.  Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.